# EXHIBIT NO. I















